**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LAWRENCE FULTZ**                                    **CIVIL ACTION**

**VERSUS**                                            **NO:  16-1252**

**RUM RUNNER CAFÉ', LLC ET AL.**                      **SECTION: "S" (1)**

<u>**ORDER OF DISMISSAL**</u>

The court having been advised by counsel for the parties
that all of the parties to this action have firmly agreed upon a
compromise, IT IS ORDERED that the action be and it is hereby
dismissed without prejudice to the right, upon good cause shown,
to reopen the action or to seek summary judgment enforcing the
compromise if settlement is not consummated within a reasonable
time.  Each party will bear its own costs.  The Court retains
jurisdiction for all purposes, including enforcing the settlement
agreement entered into by the parties.

If witnesses have been subpoenaed, <u>EVERY</u> <u>WITNESS</u> MUST be
notified by counsel not to appear.

New Orleans, Louisiana, this 23rd day of June, 2016.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE